**CONTINUATION IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Adam Rogers, being first duly sworn under oath, state the following to be true to the best of my knowledge, information, and belief:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I make this Continuation in support of an application for a criminal complaint charging JOSHUA LEVI YOUNG with violations of 18 U.S.C. § 871 (threats against the President of the United States), and 18 U.S.C. § 875(c) (threats in interstate commerce).

2.      I am a Special Agent with the United States Secret Service and have been so employed since October 2013.  As part of my duties, I am assigned to the Grand Rapids Resident Office, with an assigned territory of the Western District of Michigan, specifically the City of Ishpeming and Marquette County. My responsibilities include investigations of threats against the President and successors to the Presidency, as well as members of the immediate family of the President. I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program and the United States Secret Service's Special Agent Training Course where I received training in general and protective intelligence threat investigations.

3.      The facts in this Continuation come from my personal observations, my training and experience, information obtained from other agents and witnesses, and information retrieved via open source intelligence.  This Continuation is intended to

show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

4.      Based on my training and experience and the facts as set forth in this affidavit, I submit there is probable cause to believe that on or about January 30, 2025, in Marquette County, JOSHUA LEVI YOUNG violated 18 U.S.C. § 871 (threats against the President of the United States), and 18 U.S.C. § 875(c) (threats in interstate commerce).   I therefore request that the Court authorize a criminal complaint and arrest warrant.

## PROBABLE CAUSE

5.      On September 16, 2025, the United States Secret Service received a notification from the Federal Bureau of Investigation National Threat Operations Center regarding threats against the President that appeared to originate from Michigan.  The notification stated that an anonymous tip had been provided that claimed that Facebook user "Chase Riley Young (aka Josh Young)" had made threats against President Trump and provided specific alleged examples of those threats that the tipster identified as originating from Facebook.

6.      On September 17, 2025, the United States Secret Service Protective Intelligence Division Open-Source Branch provided open-source research which identified the following threatening posts (among others) to (1) Instagram by username "chase_riley_young" and which based on the screen shot was posted on or about January 30, 2025, (Figure 1); (2) Facebook by username "joshua.young.71979" and which based on the screen shot was posted on or about April 6, 2025 (Figure 2);

2

and (3) Facebook by username "joshua.young.71979" and which based on the screen shot was posted on or about June 9, 2025 (Figure 3); and (4) X by username "Chasetaylorsv13" and which based on the screen shot was posted on or about June 11, 2025 (Figure 4); and (5) X by username "Chasetaylorsv13" and which based on the screen shot was posted on or about January 21, 2025 (Figure 5).



*Figure 1*

3



**Joshua Young** ✓
April 6 · 🌐

The trump administration will not listen to peaceful protests. They can't comprehend it with their little rich braincells. The Whitehouse burned down once before, we need to burn it down again. This time with them in it. Their cries need to be heard all over the world. This is what we do to Nazis. Their reign of terror is over. DEATH TO POTUS. DEATH TO MAGA.
#FreeAmerica

*Figure 2*



*Figure 3*



*Figure 4*

4



*Figure 5*

The United States Secret Service Protective Intelligence Division Open-Source Branch further provided open-source and public records research that led to the identification of JOSHUA LEVI YOUNG, with a known address in Ishpeming, Michigan and a known date of birth as the likely user of the Facebook, Instagram and X accounts used to post the threats.

7.     On October 3, 2025, I received records provided by the National Personnel Records Center which show YOUNG was a member of the U.S. Air Force from August 23, 2022, until discharge on January 10, 2024.

8.     On October 7, 2025, I, along with a sergeant with the Ishpeming City Police Department conducted a consensual interview of JOSHUA LEVI YOUNG in the dining room of YOUNG's residence (which was the same address as that identified by the anonymous tipster and by the Protective Intelligence Division Open-Source Branch) located in Ishpeming, Michigan.

9.     When asked why he made the comments documented in the open-source research, YOUNG stated "I don't like what he's doing" referencing President Trump. YOUNG continued to explain he is a gay/non-binary person who aligns with the

5

LGBTQ community and is angered by the administration's policies on LGBTQ rights. YOUNG also stated he is frustrated and saddened with the current situation surrounding immigration rights and stated, "I hurt when others hurt." YOUNG continued by stating the administrations "lack of assistance and protecting the American people and protecting the elites" frustrates him. YOUNG claimed ownership of the Facebook account "Joshua Young (Chase)" / joshua.young.71979, and Instagram account "chase_riley_young." YOUNG was read verbatim several posts documented in open-source research, including the Instagram post-dated January 30, 2025, which states "I am going to kill trump raise him from the dead and kill him again. Death to trump." YOUNG stated he had posted the comments, and the accounts belonged to him.  Regarding the June 9, 2025 post that states "Death to the dictator," and the June 11, 2025 post that states "Kill the dictator," YOUNG stated he was talking about the sitting United States President Donald J. Trump. YOUNG stated he moved to Ishpeming, MI shortly after his discharge from the military.

10.    At the conclusion of the interview YOUNG agreed to a consensual search of his residence.  It was explained to him he could revoke consent at any time and stay with agents during the search, to which YOUNG agreed. During search of his bedroom a computer was located on the desktop. YOUNG confirmed he posted most of his social media content with his phone but would also use his laptop at times.

11.    On October 22, 2025, I executed a search warrant at YOUNG's residence and seized his electronic devices and storage media.  After clearing the scene, I

received a call from the Ishpeming City Police Department.  An officer informed me that they received a call from the Veterans' Affairs ("VA") clinic in Ishpeming, Michigan.  Per the Ishpeming City Police officer, the clinic employee told the officer that YOUNG had entered the clinic, said that he was looking for an attorney, and also said that he was considering fleeing the country.

12.    On October 22, 2025, I went to the Ishpeming VA clinic and spoke with the clinic employee that called the city police.  That employee informed me that YOUNG came to the VA clinic asking for assistance with a new phone that he purchased.  The employee stated that YOUNG told her he was looking for an attorney because he is going to leave the country.  The employee stated that her understanding based on the conversation she inferred that YOUNG was looking to speak to an attorney to determine what countries did not extradite to the United States.

## CONCLUSION

13.    Based on the forgoing, I submit that there is probable cause to believe that YOUNG violated 18 U.S.C. §§ 871 and 875.  I therefore respectfully request that the Court issue a criminal complaint and an arrest warrant.