UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

- - - - - -

UNITED STATES OF AMERICA,

        Plaintiff,          Case No.: 2:25-mj-83

   v.

JOSHUA LEVI YOUNG,         Hon. MAARTEN VERMAAT
                                                   United States Magistrate Judge

        Defendant.

_____/

## GOVERNMENT'S MOTION FOR DETENTION

The United States moves for pretrial detention of Defendant, Joshua Levi Young. Under 18 U.S.C. § 3142(f)(1)(A), Defendant is charged with crimes of violence because the crimes with which he is charged have as an element the threatened use of physical force against the person of another. *See id.*; § 3156(a)(4); *United States v. Pietila*, No. 1:23-CR-78, 2023 WL 4313162, at *1 (W.D. Mich. July 3, 2023) (Berens, J.). *See also United States v. Dai*, No. 3:23-CR-478 (BKS/TWD), 2023 WL 11016392, at *3 (N.D.N.Y. Dec. 19, 2023) (collecting cases), *aff'd*, 99 F.4th 136 (2d Cir. 2024). Further, under 18 U.S.C. § 3142(f)(2)(A), the government submits that this case involves a serious risk that Defendant will flee for the reasons stated in the criminal complaint at paragraph 12. Therefore, the Court "shall hold a hearing to determine whether any condition or combination of conditions . . . will reasonably assure the appearance of such person as required and the safety of any other person and the community." 18 U.S.C. § 3142(f).

                                                      Respectfully submitted,

                                                      TIMOTHY VERHEY
                                                      United States Attorney

Dated:   October 23, 2025           /s/ *Theodore J. Greeley*
                                                      THEODORE J. GREELEY
                                                      Assistant United States Attorney
                                                      1930 U.S. Hwy 41 W., 2nd Floor
                                                      Marquette, Michigan 49855
                                                      (906) 226-2500
                                                      Theodore.greeley@usdoj.gov